

# Fourth Court of Appeals
## San Antonio, Texas

March 16, 2018

No. 04-17-00707-CR

John Albert **SANTOS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR10728
Honorable Jefferson Moore, Judge Presiding

# O R D E R

After we granted court reporter Debra A. Doolittle's first motion for extension of time to file the reporter's record, the record was due to be filed with this court on March 14, 2018. *See* TEX. R. APP. P. 35.3(c). On the due date, the court reporter filed a second request for an extension of time to file the record until April 13, 2018.

The reporter's request is GRANTED. The reporter's record must be filed with this court by April 13, 2018. *See id.*

If the court reporter is unable to file the completed record by April 13, 2018, any further request for additional time to file the record must be accompanied by a signed, written status report. The report must describe the transcript by day with the date, description, page counts, and remarks for each day. The page counts must include the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form (including bookmarks). The report may describe any unusual aspects of the record. The report must describe any problems the court reporter reasonably believes may delay the completion of the record beyond the requested date. A preferred form for the status report, with an accompanying example, is attached to this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of March, 2018.



_____

KEITH E. HOTTLE,
Clerk of Court